**The STATE of Texas, Appellant,**

v.

**John Henry RODRIGUEZ, Appellee.**

**No. 1364–96.**

Court of Criminal Appeals of Texas, En Banc.

Dec. 18, 1996.

Laura Angelini, San Antonio, for appellee.

Edward Shaughnessy, III, Asst. Dist. Atty., San Antonio, Matthew Paul, State's Atty., Austin, for State.

MANSFIELD, Judge, dissenting to refusal of State's Petition for Discretionary Review.

For the reasons expressed in *Smith v. State*, 897 S.W.2d 348 (Tex.Crim.App.1995), I respectfully dissent to the refusal of the State's Petition for Discretionary Review in this cause.